### CYNTHIA GRAY, ADMINISTRATRIX (ESTATE OF SHANEQUA GRAY), ET AL. *v.* HOSPITAL OF SAINT RAPHAEL
### (13247)

LANDAU, HEIMAN and SPEAR, Js.

Submitted on briefs January 6—decision released January 31, 1995

---

[1] Pursuant to Practice Book § 4023, the Supreme Court transferred the appeal to this court.

*Karen E. Souza* filed a brief for the appellants (plaintiffs).

*Charles P. Reed* and *Shaun S. Sullivan* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.